UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

LOCAL 302 & 612 INTERNATIONAL
UNION of OPERATING ENGINEERS
CONSTRUCTION INDUSTRY HEALTH
and SECURITY FUND, et al.

                   Plaintiff,

vs.

AMERICON INC.,

                  Defendant.

C05-1595 RSM

**MINUTE ORDER**

**REASSIGNING CASE**

      Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Ricardo S. Martinez, United States District Judge.

      All future documents filed in this case must bear the cause number C05-1595 RSM and bear the Judge's name in the upper right hand corner of the document.

Dated this 7th day of November, 2005

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
        Peter H. Voelker, Deputy Clerk